UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: §
§
BELLAIRE GENERAL HOSPITAL, L.P., §
d/b/a BELLAIRE MEDICAL CENTER, § CASE NO. 05-30089-H5-11
§ (CHAPTER 11)
DEBTOR. §

### ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF McCLAIN, LEPPERT & MANEY, P.C. AS COUNSEL FOR DEBTOR AND DEBTOR-IN-POSSESSION

Upon consideration of the Application For Order Pursuant to Sections 327 and 328 of the Bankruptcy Code Authorizing the Employment and Retention of McClain, Leppert & Maney, P.C. as Counsel to Bellaire General Hospital, L.P., d/b/a Bellaire Medical Center (the "Application"), filed by Bellaire General Hospital, L.P., d/b/a Bellaire Medical Center (the "Debtor"), requesting that this Court enter an Order pursuant to 11 U.S.C. §§ 327 and 328 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code" or "Code") authorizing the Debtor to retain and employ the law firm of McClain, Leppert & Maney, P.C. ("MLM") to represent the Debtor in this Chapter 11 case; and having reviewed the Affidavit of Daniel F. Patchin and Statement Under Rule 2014 of the Bankruptcy Rules and Section 329 of the Bankruptcy Code (the "Patchin Affidavit"), this Court finds (i) MLM represents no interest adverse to the Debtor's estate or its creditors with respect to matters upon which they are to be engaged, (ii) MLM is a "disinterested person" as that term is defined under section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code; and (iii) that the employment of MLM is necessary and would be in the best interests of the Debtor's estate; the Court finds after due deliberation and sufficient cause appearing therefore, it is hereby



ORDERED that the Application is granted; and it is further

ORDERED that, in accordance with section 327(a) of the Bankruptcy Code the Debtor is authorized and empowered to retain MLM to represent it in this case under Chapter 11 of the Bankruptcy Code, effective as of January 3, 2005 (the "Petition Date"); and it is further

ORDERED that MLM shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules as may be then applicable, from time to time, and any order made applicable to MLM establishing procedures for interim compensation and reimbursement of expenses as may be fixed by order of this Court.

Signed this  28  day of  January , 2005.

_____
UNITED STATES BANKRUPTCY JUDGE

F:\WP\Client-Matters\Bellaire Medical Center, L P\Pleadings\First Day Motions 12-23-04\Order Granting Application to Retain MLM.wpd