# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| BELLAIRE GENERAL HOSPITAL, L.P. | § | CASE NO. 05-30089-H1-11 |
| d/b/a BELLAIRE MEDICAL CENTER | § | |
| | § | (Chapter 11) |
| Debtors | § | |

**NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b)
COMBINED WITH REQUEST FOR NOTICES PURSUANT TO
BANKRUPTCY RULE 2002(a) AND (b) AND PLEADINGS
PURSUANT TO BANKRUPTCY RULE 3016 AND 3017 (a)**

The Official Unsecured Creditors Committee (the "Committee"), properly constituted by the United States Trustee under 11 U.S.C. § 1102, hereby requests that all notices given or required to be given in this case, be given to and served upon it through its counsel, at the following address:

> Hugh M. Ray, III
> Edward L. Rothberg
> Weycer, Kaplan, Pulaski & Zuber, P.C.
> 1400 Summit Tower, 11 Greenway Plaza
> Houston, Texas 77046
> Telephone:    713-961-9045
> Facsimile:    713-961-5341
> Email:          hray@wkpz.com

This request includes all notices, copies of pleadings referred to in Section 1109(b) of Title 11, United States Bankruptcy Code or in Rules 2002, 3016, 3017(a) or 9007 of the Bankruptcy Rules including without limitation notice of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other

documents brought before this court in this case, whether formal or informal, whether written or oral, or transmitted or conveyed by mail, delivery, telephone or otherwise.

DATED:        January 31, 2005.

                          Respectfully submitted,

                          WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

                              *Hugh M. Ray, III*

                          By:_____
                          HUGH M. RAY, III
                          State Bar No. 24004246, Fed. I.D. No. 22090
                          Eleven Greenway Plaza, Suite 1400
                          Houston, Texas 77046
                          Telephone:    713.961.9045
                          Facsimile:    713.961.5341

                          ATTORNEYS FOR THE OFFICIAL
                          UNSECURED CREDITORS COMMITTEEE

## CERTIFICATE OF SERVICE

On January 31, 2005, I hereby certify that a true and correct copy of the foregoing Notice of Appearance Under Bankruptcy rule 9010(b), combined with Request for Notices Pursuant to Bankruptcy Rule 2002(a) and (b) and Pleadings Pursuant to Bankruptcy Rule 3016 and 3017 (a) has been served by e-mail via the ECF system as shown on the ECF service list, and as shown by a supplemental certificate of service.

                          */s/     Hugh M. Ray, III*
                          _____
                              Hugh M. Ray, III