UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BELLAIRE GENERAL HOSPITAL, L.P. | § | CASE NO. 05-30089-H1-11 |
| d/b/a BELLAIRE MEDICAL CENTER | § | |
| | § | (Chapter 11) |
| Debtors | § | Doc. #101 |

**ORDER AUTHORIZING EMPLOYMENT OF**
**WEYCER KAPLAN PULASKI & ZUBER AS COUNSEL TO THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS**
(Docket # __)

The Court, having considered the Application for Authority to Employ Weycer, Kaplan, Pulaski & Zuber, P.C., as Counsel to the Official Committee of Unsecured Creditors, is of the opinion that the requested relief is in the best interest of the estates; that Weycer, Kaplan, Pulaski & Zuber, P.C. represents no interest adverse to the Debtor in the matters upon which it is to be engaged and is a disinterested person within the definition of 11 U.S.C. § 101(14); and that the application should be approved. Accordingly, it is therefore

**ORDERED THAT**:

1. WEYCER, KAPLAN, PULASKI & ZUBER, P.C. be employed to provide all necessary legal services to the Official Committee of Unsecured Creditors in this case effective as of January 28, 2005;

2. Subject to further approval by this Court, WEYCER, KAPLAN, PULASKI & ZUBER, P.C. shall be compensated in accordance with its normal billing practices and reimbursed for its necessary expenses incurred in representing the Debtor in this Case as set forth in the Application;

Page 2

3. All allowed fees and expenses of WEYCER, KAPLAN, PULASKI & ZUBER, P.C. shall constitute administrative expenses; and

4. EDWARD L. ROTHBERG is designated as attorney-in-charge for the representation by WEYCER, KAPLAN, PULASKI & ZUBER, P.C. of the Official Committee of Unsecured Creditors in this case.

SIGNED: February 15, 2005

_____
UNITED STATES BANKRUPTCY JUDGE