In re: _____Bellaire General Hospital, L.P._____   Case No. _____05-30089_____

**Debtor**                                                           (if known)

# UNITED STATES BANKRUPTCY COURT

United States District Court
Southern District of Texas
FILED

## Southern District of Texas

FEB 1 7 2005

## SUMMARY OF SCHEDULES

Michael N. Milby, Clerk

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $4,385,090.00 | | |
| B - Personal Property | Yes | 8 | $6,448,466.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $13,064,432.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 57 | | $863,796.74 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 79 | | $5,789,235.62 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $0.00 |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $00 |
| Total Number of Sheets of ALL Schedules | | 152 | | | |
| Total Assets | | | $10,833,556.00 | | |
| Total Liabilities | | | | $19,717,464.36 | |

In re: _____Bellaire General Hospital, L.P._____   Case No. _____05-30089_____

              **Debtor**                                                                  (if known)

# SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community". If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 5314 Dashwood<br>Houston, Texas 77081 | Fee simple | | 4,385,090 * | |
| | 0 | | | |
| | 0 | | | |
| | | Total | $4,385,090.00 | |

\* This is the 2004 value assessed for property tax proposed by the Harris County Appraisal District and is not the result of a market valuation analysis.

Case 05-30089   Document 151   Filed in TXSB on 02/17/05   Page 3 of 20

In re: _____Bellaire General Hospital, L.P._____  Case No. _____05-30089_____
                        **Debtor**                                        (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None".  If additional space is needed in any category, attach a separate sheet properly identified with the same case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community".  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state the person's name and address under "Description and Location of Property".

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | ☒ | | | |
| 2.  Checking, savings or other financial accounts, CD's, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses or cooperatives. | ☐ | see attached Exhibit B2 | | $158,457 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | ☒ | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | ☒ | | | |

In re:     Bellaire General Hospital, L.P.                    Case No.          05-30089
                      **Debtor**                                                                    (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | ☒ | | | |
| 6. Wearing apparel. | ☒ | | | |
| 7. Furs and jewelry. | ☒ | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | ☒ | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | ☒ | | | |
| 10. Annuities. Itemize and name each issuer. | ☒ | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | ☒ | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | ☒ | | | |

In re:      Bellaire General Hospital, L.P.      Case No.      05-30089

**Debtor**                        (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Interest in partnerships or joint ventures. Itemize. | ☒ | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | ☒ | | | |
| 15. Accounts receivable. | ☐ | | | $2,070,294 |
| 16. Alimony, maintenance, support and property settlements to which the debtor is or may be entitled. Give particulars. | ☒ | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | ☒ | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | ☒ | | | |
| 19. Contingent and noncontingent interests in estate of a decendant, death benefit plan, life insurance policy, or trust. | ☒ | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | ☒ | | | |

In re: _____   Case No. _____
     Bellaire General Hospital, L.P.                              05-30089
     **Debtor**                                            (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Patents, copyrights, and other intellectual property. Give particulars. | ☒ | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | ☒ | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | ☒ | | | |
| 24. Boats, motors, and accessories. | ☒ | | | |
| 25. Aircraft and accessories. | ☒ | | | |
| 26. Office equipment, furnishings, and supplies. | ☒ | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | ☐ | see attached Exhibit B27 | | $2,394,869 |
| 28. Inventory. | ☐ | see attached Exhibit B28 | | 669,102 |

In re: _____Bellaire General Hospital, L.P._____      Case No. _____05-30089_____
                          **Debtor**                                                              (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Animals. | ☒ | | | |
| 30. Crops – growing or harvested. Give particulars. | ☒ | | | |
| 31. Farming equipment and implements. | ☒ | | | |
| 32. Farm supplies, chemicals, and feed. | ☒ | | | |
| 33. Other personal property of any kind not already listed, such as season tickets. Itemize. | ☐ | Prepaids | | $444,777 |
| | ☐ | Other Accounts Receivable | | $710,967 |
| | ☐ | | | |
| | ☐ | | | |
| | | Total | | $6,448,466.00 |

BELLAIRE GENERAL HOSPITAL, LP
CASE NO: 05-30089-H5-11
ADDENDUM TO SCHEDULE B
CHECKING & SAVINGS ACCOUNTS

| NAME OF ACCOUNT | LOCATION | ACCOUNT # | BALANCE |
|---|---|---|---|
| Bellaire General Hospital, LP Money Market | Sterling Bank P. O. Box 40333 Houston, TX 77240 | 259000658 | 1,430 |
| Bellaire General Hospital, LP Disbursement Account | Sterling Bank P. O. Box 40333 Houston, TX 77240 | 251000349 | 80,703 |
| Bellaire General Hospital, LP Payroll Account | Sterling Bank P. O. Box 40333 Houston, TX 77240 | 251000357 | 0 |
| Bellaire General Hospital, LP Business Money Market | Sterling Bank P. O. Box 40333 Houston, TX 77240 | 251000209 | 3,789 |
| Bellaire General Hospital, LP Commercial Checking | Bank One P. O. Box 260180 Baton, Rouge LA 70826-0180 | 000001690004401 | 72,535 |



Bellaire Medical Center
Analysis of Property, Plant and Equipment
As of December 31, 2004

|  | B L & I | Fix Equip | Move Equip | Total |
|---|---|---|---|---|
| Gross-Acquisition | 5,910,759 |  | 1,549,964 | 7,460,723 |
| Accum Deprec-Acq | 672,870 |  | 1,863,780 | 2,536,650 |
| Total NPV | 5,237,889 |  | (313,816) | 4,924,073 |
|  |  |  |  |  |
| Sale of Equip |  |  | (507,370) |  |
| Accum Deprec on Sale |  |  | (397,786) |  |
| NPV on Sale |  |  | (109,584) |  |
|  |  |  |  |  |
| Adj Gross Acquisition | 5,910,759 |  | 1,042,594 | 6,953,353 |
| Adj Accum Depr-Acq | 672,870 |  | 1,465,994 | 2,138,864 |
| Adj Acq NPV | 5,237,889 |  | (423,400) | 4,814,489 |
| # of Pre Acq Items | 1,025 |  | 2,105 | 3,130 |
|  |  |  |  |  |
| Gross Post Acquis | 300,217 | 807,558 | 2,982,060 | 4,089,835 |
| Accum Deprec-Post Acq | 53,697 | 111,028 | 860,321 | 1,025,046 |
| Post-Acq NPV | 246,520 | 696,530 | 2,121,739 | 3,064,789 |
|  |  |  |  |  |
| Gross PP&E | 6,210,976 | 807,558 | 4,024,654 | 11,043,188 |
| Accum Deprec | 726,567 | 111,028 | 2,326,315 | 3,163,910 |
| NPV | 5,484,409 | 696,530 | 1,698,339 | 7,879,278 |

PENGAD-Bayonne, N. J.

EXHIBIT

B27

## Bellaire Medical Center
### Physical Inventory Summary

| Departments | 01/04 Inv. | 11/04 Inv. | Reduction In Inventories |
|---|---|---|---|
| GS | $45,373.54 | $56,595.81 | $11,222.27 |
| CS | $131,171.51 | $102,749.29 | ($28,422.22) |
| Station 7 | CLOSE | $1,345.44 | $1,345.44 |
| Station 1 | $4,234.60 | $5,976.56 | $1,741.96 |
| ICU | $4,302.06 | $5,046.00 | $743.94 |
| Psyc 656 | $2,749.86 | $2,603.45 | ($146.41) |
| Psyc 658 | $687.53 | $1,493.98 | $806.45 |
| Psyc 659 | $1,231.62 | $1,738.35 | $506.73 |
| Psyc 665 | $577.18 | $1,432.77 | $855.59 |
| Post Partum | CLOSE | CLOSE | CLOSE |
| Nursery | CLOSE | CLOSE | CLOSE |
| L&D Unit | CLOSE | CLOSE | CLOSE |
| OR | $142,889.41 | $152,255.23 | $9,365.82 |
| Recovery Unit | $3,135.23 | $3,892.91 | $757.80 |
| Anesthesia Unit | $7,916.70 | $6,846.23 | ($1,070.47) |
| Endoscopy Unit | $20,178.70 | $25,030.57 | $4,851.87 |
| Day Surgery | $2,217.37 | $2,024.71 | ($192.66) |
| Pharmacy IV | $16,866.38 | $15,495.40 | ($1,370.98) |
| Pharmacy Drug | $174,001.80 | $183,545.52 | $9,543.72 |
| Wound Care | $6,704.55 | $3,108.68 | ($3,595.87) |
| Radiology | $27,304.99 | $35,302.27 | $7,997.28 |
| Lab | $36,688.71 | $49,311.77 | $12,623.06 |
| Respiratory | $3,995.64 | $4,336.14 | $340.50 |
| Expressive Therapy | $596.32 | $1,605.86 | $1,009.54 |
| Physical Therapy | $6,061.57 | $8,081.01 | $2,019.44 |
| Emergency Rm | $13,418.34 | $18,146.32 | $4,727.98 |
| EVS Dept | $2,677.53 | $2,981.60 | $304.07 |
| Maintanence | $5,273.40 | $3,336.49 | ($1,936.91) |
| Dietary | $4,955.75 | $7,688.05 | $2,732.30 |
| Admitting Dept | $956.82 | $656.34 | ($300.48) |
| HBO | CLOSE | CLOSE | CLOSE |
| Acute Unit | CLOSE | CLOSE | CLOSE |
| SNF Unit | CLOSE | CLOSE | CLOSE |
| Totals | $669,101.68 | $702,726.15 | ($37,036.00) |

*702,625.72*


EXHIBIT
B-28

DEBTOR(S): Bellaire General Hospital                              CASE NO. 05-30089

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled (check one box).

☐  11 U.S.C. § 522(b)(1):  Exemptions provided in 11 U.S.C. § 522(d). These exemptions are available only in certain states.

☐  11 U.S.C. § 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Schedule C - Page 1

In re: _____Bellaire General Hospital, L.P._____          Case No. _____05-30089_____
                    **Debtor**                                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgement liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account Number: 8520352-001,8515844-002<br>GE HEALTHCARE FINAN SERV<br>P.O. Box 641419<br>Pittsburgh, PA 15264-1419<br><br>additional acct: 8517008-001; 8517009-001 | ☐ | | 8/7/2001, 60 month Capital Equipment Lease, Ultrasound Scannen, CT Scanner, Capital Assets<br>R&F Room 4/26/2002<br>VALUE $    $4,067,784 | ☐ | ☐ | ☐ | $437,137 | |
| Account Number: 101279<br>HEWLETT-PACKARD FINANCIAL<br>P. O. BOX 403265<br>ATLANTA, GA 30384-3265 | ☐ | | 10/11/2001, 36 month equipment lease, Meditech hardware and related software<br><br>VALUE $        $1,008,190 | ☐ | ☐ | ☐ | $142,995 | |
| Account Number:<br>HEALTHCARE BUSINESS CREDIT CORP<br>305 FELLOWSHIP RD SUITE 300<br>MOUNT LAUREL, NJ 08054 | ☐ | | 7/1/2001, revolving line of credit guaranteed by liquidated accounts receivables<br><br>VALUE $       $2,037,907 | ☐ | ☐ | ☐ | $2,037,907 | |
| Account Number: 45-0418<br>Center for Medicare and Medicaid Services<br>Mutual of Omaha Insurance<br>P.O. Box 1064<br>Omaha, NE 68101 | ☐ | | 7/19/2004, overpayment of FY 2003 Medicare beneficiary payments<br><br>VALUE $        $1,929,114 | ☐ | ☐ | ☐ | $519,000 | |
| | | | | | Subtotal<br>(Total of this page) | | $3,137,039.00 | |
| | | | | | Total<br>(Use only on last page) | | | |

___1___  continuation sheets attached

In re: _____Bellaire General Hospital, L.P._____  Case No. _____05-30089_____
**Debtor**                                                        (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account Number: <br> HCA <br> One Park Plaza <br> Nashville, TN 37203 | ☐ | | 7/6/2001, Hospital and equipment purchase <br><br> VALUE $      $8,000,000 | ☐ | ☐ | ☐ | $9,400,000 | |
| Account Number: <br> Houston ISD Tax Office <br> P.O. Box 4668 <br> Houston, TX 77210 | ☐ | | 10/31/2003, FY 2003 Property Taxes; 10/31/2004 FY 2004 Property Taxes <br><br> VALUE $ | ☐ | ☐ | ☐ | $254,939 | |
| Account Number: <br> Internal Revenue Service <br> Memphis, TN 37501-0039 | ☐ | | April 2003 <br> Late fees and interest on first quarter 2003 payroll taxes <br><br> VALUE $ | ☐ | ☐ | ☐ | $46,400 | |
| Account Number: <br> Paul Bettencourt <br> P.O. Box 4622 <br> Houston, TX 77210-4622 | ☐ | | 10/31/2003 FY 2003 Harris County Property Taxes VALUE: $118,701.36; 10/31/2004 FY Harris County Property Taxes - $107,352.43 <br> VALUE $ | ☐ | ☐ | ☐ | $226,054 | |
| Account Number: <br><br><br><br> VALUE $ | ☐ | | | ☐ | ☐ | ☐ | | |
| Account Number: <br><br><br><br> VALUE $ | ☐ | | | ☐ | ☐ | ☐ | | |
| Account Number: <br><br><br><br> VALUE $ | ☐ | | | ☐ | ☐ | ☐ | | |

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | $9,927,393.00 | |
| Total <br> (Use only on last page) | $13,064,432.00 | |

Sheet no. __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

DEBTOR: Bellaire General Hospital, L.P.                                    CASE NO.  05-30089

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, plan an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is continent, plan an "X" in the column labeled "Contingent." If the claim is unliquidated, plan an "X" in the column labeled "Unliquidated." If the claim is disputed, plan an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the summary of Schedules.

❏  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets).

❏  **Extension of Credit in an Involuntary Case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

▣  **Wages, Salaries, and Commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

❏  **Contributions to Employee Benefit Plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❏  **Certain Farmers and Fishermen**

Claims of certain farmers and fishermen, up to $4,300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

❏  **Deposits by Individuals**

Claims of individuals up to $1,950* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

❏  **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

DEBTOR: Bellaire General Hospital, L.P.                                CASE NO.  05-30089

❑   **Taxes and Certain Other Debtors Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

❑   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of the Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT OF CLAIM ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Unpaid compensation | | | | $   390.23 | $   390.23 |
| ABRAHAM, MARIAMMA J 2015 NASHUA DRIVE STAFFORD, TX  77477 | | | | | | | | |
| Account No. | | | Unpaid compensation | | | | $  1,064.68 | $  1,064.68 |
| ABULIMEN, WALLEITA E. 2101 HAYES ROAD, No. 314 HOUSTON, TX  77077 | | | | | | | | |
| Account No. | | | Unpaid compensation | | | | $  3,081.14 | $  3,081.14 |
| ADAM, ELIZABETH P 5211 MAPLE BELLAIRE, TX  77401 | | | | | | | | |
| Account No. | | | Unpaid compensation | | | | $   236.00 | $   236.00 |
| ADAMS, RICHARD G 16047 PINYON CREEK DR HOUSTON, TX  77095 | | | | | | | | |
| | | | SUBTOTAL (total of this page) | | | | $  4,772.05 | $   4,772.05 |

(Report Total also on Summary  of Schedules)

Schedule E - Page 2

DEBTOR: Bellaire General Hospital, L.P.                    CASE NO.  05-30089

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT OF CLAIM ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| **Account No.**<br><br>AHMED,GUFRAN<br>6319 VERADING GROVE DRIVE<br>HOUSTON, TX  77072 | | | Unpaid compensation | | | | $   598.20 | $   598.20 |
| **Account No.**<br><br>AKANU, MARGARET N.<br>7619 BRIGHTON KNOLL LAN<br>RICHMOND, TX  77469 | | | Unpaid compensation | | | | $   256.00 | $   256.00 |
| **Account No.**<br><br>ALBARRAN, MARCELO R<br>6100 GLENMONT, No. 11<br>HOUSTON, TX  77081 | | | Unpaid compensation | | | | $  4,650.38 | $   4,650.00 |
| **Account No.**<br><br>ALI, ANISA<br>12158 STONE WEST<br>HOUSTON, TX  77035 | | | Unpaid compensation | | | | $   480.00 | $   480.00 |
| **Account No.**<br><br>ALIMOLE, ANGELA<br>3227 ANTELOPE HILLS DR.<br>MISSOURI CITY, TX  77459 | | | Unpaid compensation | | | | $  5,267.95 | $   4,650.00 |
| **Account No.**<br><br>ANYALEBECHI, VICTORIA N.<br>4830 PLEASANT PLAINS DR<br>FRIENDSWOOD, TX  77546 | | | Unpaid compensation | | | | $  1,884.37 | $   1,884.37 |
| | | | SUBTOTAL (total of this page) | | | | $ 13,136.90 | $12,518.57 |

_____ continuation sheets attached                  (Report Total also on Summary  of Schedules)

DEBTOR: Bellaire General Hospital, L.P.  CASE NO. 05-30089

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT OF CLAIM ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>ARCEO, ROMEO C<br>13206 WALNUT LAKE RD<br>HOUSTON, TX 77065 | | | Unpaid compensation | | | | $ 6,636.39 | $ 4,650.00 |
| Account No.<br><br>ARENAS, RODOLFO<br>2110 COURTSHIRE LN<br>SUGAR LAND, TX 77478 | | | Unpaid compensation | | | | $ 6,212.15 | $ 4,650.00 |
| Account No.<br><br>ARMYLAGOS, GEORGE E<br>13610 WOODSPIRE<br>HOUSTON, TX 77085 | | | Unpaid compensation | | | | $ 16,089.48 | $ 4,650.00 |
| Account No.<br><br>ARRINGTON, SUE A<br>13103 ASHFORD POINT #21<br>HOUSTON, TX 77082 | | | Unpaid compensation | | | | $ 1,146.63 | $ 1,146.63 |
| Account No.<br><br>ATLAN, GEMELINE<br>1502 AUTUMN DAWN CT<br>MISSOURI CITY, TX 77489 | | | Unpaid compensation | | | | $ 4,455.39 | $ 4,455.39 |
| Account No.<br><br>BAGBY, MAX C<br>9807 SAGEPLUM<br>HOUSTON, TX 77089 | | | Unpaid compensation | | | | $ 2,552.21 | $ 2,552.21 |
| | | | SUBTOTAL (total of this page) | | | | $ 37,092.25 | $ 22,104.23 |

_____ continuation sheets attached  (Report Total also on Summary of Schedules)

Schedule E - Page 4

DEBTOR: Bellaire General Hospital, L.P.                    CASE NO. 05-30089

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT OF CLAIM ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| **Account No.** <br> BAINES, TRACEY D. <br> 1422 ACORN COURT <br> MISSOURI CITY, TX 77489 | | | Unpaid compensation | | | | $ 96.38 | $ 96.38 |
| **Account No.** <br> BAQUERO, RONA LYNNE <br> 12918 FRANCES ST <br> STAFFORD, TX 77477 | | | Unpaid compensation | | | | $ 2,977.50 | $ 2,977.50 |
| **Account No.** <br> BASSIE, ADORA J <br> 7311 LA GRANADA <br> HOUSTON, TX 77083 | | | Unpaid compensation | | | | $ 2,258.28 | $ 2,258.28 |
| **Account No.** <br> BELL, EDWARD <br> 9000 FONDREN #224 <br> HOUSTON, TX 77074 | | | Unpaid compensation | | | | $ 41.10 | $ 41.10 |
| **Account No.** <br> BENNETT, PAMELA B <br> 6555 HARBOR TOWN # 705 <br> HOUSTON, TX 77036 | | | Unpaid compensation | | | | $ 287.94 | $ 287.94 |

SUBTOTAL (total of this page)                  $5,661.20      $5,661.20

_____ continuation sheets attached                  (Report Total also on Summary of Schedules)

DEBTOR: Bellaire General Hospital, L.P.                                    CASE NO.  05-30089

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT OF CLAIM ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>BENNETT, VICTOR C<br>4114 ANTOINETTE<br>HOUSTON, TX 77087 | | | Unpaid compensation | | | | $ 3,671.93 | $   3,671.93 |
| Account No.<br><br>BENTON-DEMPSEY, GINA<br>7633 FALLBROOK<br>HOUSTON, TX 77086 | | | Unpaid compensation | | | | $ 1,280.65 | $   1,280.65 |
| Account No.<br><br>BIBBINS-KENT, EVA M<br>7600 CREEKBEND, No. 179<br>HOUSTON, TX 77071 | | | Unpaid compensation | | | | $    572.38 | $      572.38 |
| Account No.<br><br>BLAISDELL, PAULA M<br>11515 BURDNE, No. 505<br>HOUSTON, TX 77035 | | | Unpaid compensation | | | | $ 1,104.54 | $   1,104.54 |
| Account No.<br><br>BOBBITT, TINA L<br>907 SYCAMORE CT<br>MISSOURI CITY, TX 77489 | | | Unpaid compensation | | | | $ 2,773.02 | $   2,773.02 |
| Account No.<br><br>BOLTON, HENRIETTA V<br>15303 PLAZA LIBRE DR<br>HOUSTON, TX 77083 | | | Unpaid compensation | | | | $    970.31 | $      970.31 |
| | | | SUBTOTAL (total of this page) | | | | $ 10,372.83 | $   10,372.83 |

_____ continuation sheets attached                              (Report Total also on Summary of Schedules)

DEBTOR: Bellaire General Hospital, L.P.                CASE NO.  05-30089

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT OF CLAIM ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>BOOKER, SHEILA<br>8306 DARLINGTON<br>HOUSTON, TX  77028 | | | Unpaid compensation | | | | $ 2,006.14 | $     2,006.14 |
| Account No.<br><br>BORDALLO, GLORIA A<br>9210 S. DAIRY ASHFORD, No. 3202<br>HOUSTON, TX  77099 | | | Unpaid compensation | | | | $     620.90 | $       620.90 |
| Account No.<br><br>BORT, CHANELLE<br>6545 RICE ROAD<br>PEARLAND, TX  77581 | | | Unpaid compensation | | | | $ 4,949.33 | $     4,650.00 |
| Account No.<br><br>BRANCATO, SUSAN M<br>8009 GALLER ROAD<br>RICHMOND, TX  77469 | | | Unpaid compensation | | | | $ 2,093.01 | $     2,093.01 |
| Account No.<br><br>BRICE, KAREN R.<br>16419 QUAIL PARK<br>MISSOURI CITY, TX  77489 | | | Unpaid compensation | | | | $ 1,014.32 | $     1,014.32 |
| Account No.<br><br>BROWN, DENNIS G<br>8600 WOODWAY # 317<br>HOUSTON, TX  77063 | | | Unpaid compensation | | | | $ 1,559.33 | $     1,559.33 |
| | | | SUBTOTAL (total of this page) | | | | $ 12,243.03 | $    11,943.70 |

_____ continuation sheets attached                (Report Total also on Summary of Schedules)

Schedule E - Page 7