IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| BELLAIRE GENERAL HOSPITAL LP; dba | § | CASE NO: 05-30089 |
| BELLAIRE MEDICAL CENTER | § | |
| Debtor(s) | § | |
| | § | CHAPTER 7 |

**ORDER APPROVING ENGAGEMENT OF ACCOUNTANT FOR TRUSTEE (doc # 259)**

    Ben Floyd was initially appointed as chapter 7 trustee in this case. On May 18, Mr. Floyd applied for appointment of Smith & Henault as accountant for the trustee (docket # 239). On June 3 Mr. Floyd then resigned his appointment as trustee (docket # 247, is listed on the docket as a rejection of appointment but the document is a resignation). Ms. Caciato Northrop was appointed successor trustee on June 6. Unaware that Mr. Floyd had resigned, the Court granted Mr. Floyd's application to engage Smith & Henault (docket # 258). Two days later, Ms. Casciato Northrop filed an "amended" application (docket # 259), seeking engagement of Smith & Henault as accountants for the trustee.

    The essence of the relief requested, *i.e.* amending the engagement of Smith & Henault to indicate that they serve for the current trustee, not the predecessor trustee, is GRANTED.

SIGNED 07/30/2005.

*Wesley W. Steen*

WESLEY W STEEN
United States Bankruptcy Judge

1 / 1