UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| BELLAIRE GENERAL HOSPITAL, L.P. | § | CASE NO.05-30089-H2-7 |
| DEBTOR(S) | § | CHAPTER 7      Doc. #338 |

**ORDER AUTHORIZING EMPLOYMENT OF COMMERCE RESTRUCTURING COMPANY, INC.**

CAME ON FOR CONSIDERATION, the Trustee's Application for Authority to Employ Commerce Restructuring, Inc. and the Trustee, having represented that all parties were properly noticed and no objections were filed, the Court finds that good cause exists to authorize the employment of Commerce Restructuring Company, Inc.

IT IS THEREFORE ORDERED that the Trustee is hereby authorized to employ Commerce Restructuring Company, Inc. to investigate and recover unclaimed property assets of the estate from the State of Texas or other government agency.

IT IS FURTHER ORDERED that the Trustee is hereby authorized to designate Evan Hughes as the professional in charge of the investigation of the potential recovery of unclaimed property of the estate.

IT IS FURTHER ORDERED that the Trustee is authorized to pay Commerce Restructuring Company, Inc., 10% of the funds recovered following their receipt and deposit, without further order of this Court.

IT IS FURTHER ORDERED that the Trustee will file a report of sale with the Court within 15 days following her receipt of the funds to identify the amount of the funds received and the amount payed to Comrecom on the recovery.

SIGNED  September 6, 2006

*Wesley W. Steen*

_____
UNITED STATES BANKRUPTCY JUDGE

This order was prepared and submitted by:

/s/ Janet S. Northrup
Janet S. Northrup, Chapter 7 Trustee
4615 SW Freeway, Ste 410
Houston, Texas 77027
(713) 666-1105
(713) 626-5143 (Facsimile)