

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/16/2008

| | |
|---|---|
| IN RE: § | |
| § | |
| BELLAIRE GENERAL HOSPITAL, L.P., § | Case No. 05-30089-H2-7 |
| § | (Chapter 7) |
| Debtor. § | |

Doc. #478

## ORDER AUTHORIZING EMPLOYMENT OF ATTORNEYS

The Court, having considered the Application to Employ Porter & Hedges, L.L.P. by Janet Casciato-Northrup, chapter 7 trustee for the estate of Bellaire General Hospital, L.P., is of the opinion that the requested relief is in the best interest of the Estate; that Porter & Hedges, L.L.P. represents no interest adverse to the Estate in the matters upon which it is to be engaged and is a disinterested person within the definition of 11 U.S.C. § 101(14); and that the Trustee's application should be approved. Accordingly, it is therefore

**ORDERED THAT:**

Porter & Hedges, L.L.P is employed to provide all necessary legal services to the Trustee in this case as set forth in the Application;

David R. Jones is designated as attorney in charge for the representation by Porter & Hedges, L.L.P of the Trustee in this case; and,

All applications for compensation shall be filed with the Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the rules of this Court.

SIGNED   April 16, 2008        *Wesley W. Steen*

_____
**THE HONORABLE WESLEY W. STEEN,
CHIEF UNITED STATES BANKRUPTCY JUDGE**