

# NOTICE OF ASSIGNMENT

For good and valuable consideration, the undersigned, Chriscilda Stephens ("Assignor"), hereby, sells, assigns, conveys and transfers over and unto Dilks & Knopik, LLC ("Assignee"), any and all of right, title and interest in and to the below referenced funds/claim(s).

The Assigned funds/claim(s):

Debtor: Bellaire General Hospital L.P.
Court: United States Bankruptcy Court - Southern District of Texas
Case Number: 05-30089-H3
Chapter: 7
Claim: 350
Original Creditor: Chriscilda Stephens

The purchase price for the Purchased Claim(s) is ▉

FUNDS/CLAIM(S) ARE BEING SOLD AND ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the Thursday, March 05, 2020.

Chriscilda Stephens
_____
Signature

Subscribed and Sworn before me this 3rd day of April, 2020
Notary Public: Sydney Renee Kelley
My Commission Expires: 08-30-2022

SYDNEY RENEE KELLEY
NOTARY PUBLIC · STATE OF TEXAS
ID # 578180-7
COMM. EXP. 08-30-2022

Page 4 of 4



# MARRIAGE LICENSE

The State of Texas
County of Harris

To any regularly licensed or ordained Christian minister or priest; Jewish rabbi; person who is an officer of a religious organization and who is authorized by the organization to conduct a marriage ceremony; justice of the supreme court, judge of the court of criminal appeals, justice of the courts of appeals, judge of the district, county, and probate courts, judge of the county courts at law, judge of the courts of domestic relations, judge of the juvenile courts, retired justice or judge of those courts, justice of the peace, retired justice of the peace, or judge or magistrate of a federal court of this state.

Greeting:
You are hereby authorized to conduct the Rites of Matrimony between

Marcellious Stephens and Chriscilda S. Valdivieso

and make due return to the County Clerk of Harris County, Texas, within thirty (30) days of performing the marriage, certifying your action under this license. Witness my official signature and seal of office in Harris County, Texas at 08:21 A.M., December 2, 2005.

Beverly B. Kaufman
County Clerk, Harris County, Texas

Rhonda LaGarce
                                            Deputy

Mr. & Mrs. Marcellious Stephens
5515 Strack, #115
Houston, Texas    77060

Officer's Return _____

This certifies that I have united in marriage the parties named on the front of this license on

__December 10, 2005__
            (Date)

__Rece Tucker, Jr.__                    __Associate Pastor__
Signature                                Title

__Rece Tucker, Jr.__                    __Harris__
Printed or Typed Name                    County in which ceremony was performed

12/02/05  900141827       28112
Marriage License          $41.00

2005 DEC 22 AM 9:08 FILED

Section 2.201 Family Code. If a marriage ceremony has not been conducted before the 31st day after the date the license is issued, the marriage license expires.

This license is not valid for seventy-two (72) hours from the time of issuance.

Accompanied by TDH Material as required by Section 2.009 (c) (4) Family Code.

Form No. D-02-50 (Rev. 11/11/98)