## Explanation of Supporting Documentation
## for
## Application for Payment of Unclaimed Funds

The claimant did not receive the dividend check in the above case for the following reason:

Dividends were not collected by the claimant, Chriscilda Stephens.

Chriscilda Stephens has assigned the unclaimed funds and its claim to Dilks & Knopik LLC as evidenced by the attached Assignment Agreement and/or the Transfer of Claim filed on 4/15/2020 (docket number #708).

Chriscilda Stephens was paid as consideration and received the sum of $698.67 (Exhibit A)

Date: May 8, 2020

_____
Brian J Dilks - Member
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065