# Dilks | & | Knopik

## CERTIFICATE OF LLC RESOLUTION & STATEMENT OF AUTHORITY

The undersigned Members of Dilks & Knopik, LLC, an LLC, duly organized under the laws of Washington (hereinafter "The LLC"), hereby certify that the following resolutions were duly adopted by said Members of The LLC on June 7th, 2002 and that such resolutions have not been modified or rescinded as of the date hereof:

RESOLVED, that <u>Brian J Dilks, Caryn M Dilks, Andrew T. Drake and Jefferey Hudspeth</u>, are hereby authorized and directed for and on behalf of The LLC to execute all legal documents as approved by him/her as being in the best interests of The LLC; and to take any and all further actions which may be necessary or appropriate to commence and complete said construction in such a manner as being, in his/her opinion, in the best interests of the LLC.

RESOLVED, that this action may be executed in counterparts and by facsimile signatures, each of which shall be deemed an original and all of which together shall constitute one action.

IN WITNESS WHEREOF, the undersigned has executed this instrument as of this 23rd day of January, 2020

_____
Brian J Dilks
Date: 1/23/2020

MATTHEW ZETTLEY
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2022

_____
Caryn M Dilks f/k/a Caryn M Knopik
Date: 1-23-2020

MATTHEW ZETTLEY
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2022

Subscribed and sworn to me this 23rd day of January, 2020

Notary Signature _____
Matthew Zettley
My Commission Expires: 2/19/22

Subscribed and sworn to me this 23rd day of January, 2020

Notary Signature _____
Matthew Zettley
My Commission Expires: 2/19/22



Office of the Secretary of State
Corporations & Charities Division

```
Filed
Secretary of State
State of Washington
Date Filed: 05/10/2019
Effective Date: 05/10/2019
UBI #: 602 211 447
```

# EXPRESS ANNUAL REPORT WITHOUT CHANGES

## BUSINESS INFORMATION

**Business Name:**
DILKS & KNOPIK, LLC

**UBI Number:**
602 211 447

**Business Type:**
WA LIMITED LIABILITY COMPANY

**Business Status:**
ACTIVE

**Principal Office Street Address:**
35308 SE CENTER ST, SNOQUALMIE, WA, 98065-9216, UNITED STATES

**Principal Office Mailing Address:**
35308 SE CENTER ST, SNOQUALMIE, WA, 98065-9216, UNITED STATES

**Expiration Date:**
06/30/2020

**Jurisdiction:**
UNITED STATES, WASHINGTON

**Formation/Registration Date:**
06/07/2002

**Period of Duration:**
PERPETUAL

**Inactive Date:**

**Nature of Business:**
OTHER SERVICES

## REGISTERED AGENT    RCW 23.95.410

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| BRIAN DILKS | 28431 SE PRESTON WAY, ISSAQUAH, WA, 98027-0000, UNITED STATES | 28431 SE PRESTON WAY, ISSAQUAH, WA, 98027-0000, UNITED STATES |

## GOVERNORS

| Title | Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | BRIAN | DILKS |
| GOVERNOR | INDIVIDUAL | | CARYN | DILKS |

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2019051000246334 - 1
Received Date: 05/10/2019
Amount Received: $60.00

# Dilks | & | Knopik

*When Success Matters*

**Brian Dilks**
Managing Member

35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x 101
Fx. 877-209-8249
brian.dilks@dilksknopik.com

www.dilksknopik.com



# Dilks | & | Knopik

*When Success Matters*

**Caryn Knopik**
Managing Member

35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x 102
Fx. 877-209-8249
caryn.knopik@dilksknopik.com

www.dilksknopik.com

# Dilks | & | Knopik

*When Success Matters*

**Jeff Hudspeth**
Vice President - Accounts

35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x 104
Fx. 877-209-8249
jeff.hudspeth@dilksknopik.com

www.dilksknopik.com



# Dilks | & | Knopik

*When Success Matters*

**Andrew Drake**
Vice President - Operations

35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x 123
Fx. 877-209-8249
andrew.drake@dilksknopik.com
www.dilksknopik.com

BBB accredited since 2003   ACCREDITED BUSINESS

# Dilks | & | Knopik

**Purchase and Assignment Agreement**

This Purchase and Assignment Agreement (the "Agreement") is entered into as of Thursday, March 5, 2020 (the "Effective Date") by and between Dilks & Knopik, LLC, a Washington Limited Liability Company, with a principal place of business at 35308 SE Center Street, Snoqualmie, WA 98065, (the "Assignee") and Chriscilda Stephens with an address of P.O. Box 625, Porter, TX 77365 (the "Assignor").

1. **Recitals**

    1.1    Assignor is/was a properly named and lawful creditor in Bellaire General Hospital L.P. (05-30089-H3) as filed in the Southern District of Texas (the "Case"). As a creditor in the Case, Assignor was entitled to distribution of funds from the assets of the Debtor's Bankruptcy Estate in the amount of $1,397.34 (the "Funds"). Remittance to Assignor was not successful, and pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Funds were deposited into the Registry of the Court. The Funds then being subject to withdrawal in accordance with 28 U.S.C. 2042.

    1.2    Assignor not desirous of attempting collection of the Funds, nor wishing to incur the time and expense of such collection, does hereby wish and does sell, assign, and convey to the Assignee, for good and valuable consideration, all of Assignor's rights, title and interest in the Funds, without the presence of undue influence or coercion.

    1.3    Assignor has personal knowledge of the Funds being assigned and has verified that all the Funds are still owing to Assignor.

NOW THEREFORE, in consideration of mutual obligations, covenants, representations, and warranties herein, the parties agree as follows:

2. **Assignment of Interest.**

    2.1    *Assets Assigned.* The assets herein assigned to Assignee are those stated in paragraph 1.1 above, or if more than one creditor claim was made in the Case those identified in Schedule 1, attached hereinto and incorporated by reference, that collectively are the Funds held for the benefit of Assignor by the Clerk of the Court of the court identified in paragraph 1.1 in the Unclaimed Funds Registry.

    2.2    *Assignment of Interest.* As herein contemplated, Assignor, without recourse, hereby does sell, assign, transfer and convey all of Assignor's rights, title, and interest in the Funds, in an AS IS basis, for good and valuable consideration without undue influence or coercion, and of his/her/its free will. In the interest of consummating this Agreement, both parties do acknowledge and agree to fulfill their obligations herein to affect the lawful assignment, transfer, and conveyance of the Funds to Assignee, who thereafter shall be the sole and lawful owner of the Funds having all right, title, and interest to the same.

    2.3    *Consideration.* The consideration herein given by Assignee to Assignor shall be the sum of **$698.67**, to be paid by any lawful tender upon execution of this Agreement and fulfillment of the obligations hereunder.

On this 8th day of May, 2020. I certify that the preceding or attached document titled (Assignment Agreement), (4 pages) is a true, accurate and complete copy of the original being held at 35308 SE Center Street, Snoqualmie, WA 98065

_____
Matthew Zettley – Notary Public
My commission expires: February 19, 2022



MATTHEW ZETTLEY
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2022

2.4     *Power of Attorney*. To the extent necessary under applicable law, the Assignor does hereby appoint for the limited purpose of collection of the Funds and fulfillment of Assignor's obligation(s) under this Agreement, Dilks and Knopik, LLC as its attorney-in-fact.

3. **Closing**. The closing of the transaction herein contemplated shall be done immediately upon fulfillment of each party's obligations hereunder, or on such other date as the parties may agree (the "Closing Date"). At the closing, Assignor shall deliver an original of this Agreement and such other documents as may be required to consummate this transaction, and Assignee shall deliver a countersigned Agreement and any other document(s) requiring countersignature, and the consideration contemplated herein. Any closing costs shall be paid by the party incurring such costs.

4. **Representations and Warranties.**

4.1     *Assignor*. Assignor does hereby represent and warrant that (a) he/she/it is legally competent to execute this Agreement, and has full power, authority and legal right to execute, deliver, and perform as agreed under this Agreement, (b) that he/she/it is the sole and lawful entity entitled to the Funds herein assigned to Assignee, (c) that he/she/it has not otherwise pledged, sold, assigned, transferred, or conveyed the interest herein assigned to Assignee to any other party, person or entity, in whole or in part, providing such proof as may be necessary (d) that he/she/it is not involved in any legal proceeding that may affect any right to sell, assign, transfer or convey to Assignee the interest in the Funds herein contemplated, (e) that he/she/it performs under this contract without undue influence or coercion on the party of the Assignee or any other party, and (f) that he/she/it shall cooperate with Assignee to fulfill his/her/its obligations under this Agreement and to Assignor, including execution of this Agreement and such other documents as may be necessary to effect the assignment to Assignee without delay.

4.2     *Assignee*. Assignee does hereby represent and warrant that it has full power, authority and legal right to execute this Agreement, and shall cooperate with Assignor to fulfill its obligations under this Agreement to Assignee.

5. **General Provisions.**

5.1     *Enforceability*. This Agreement constitutes full understanding of the parties superseding any and all prior agreements, oral or written, and the binding obligations of the parties in accordance with its terms except as may be limited by operation of law.

5.2     *Binding Effect*. The terms and provisions of this Agreement shall be binding on and inure to the benefit of the successors, assigns, heirs, and legatees of the parties.

5.3     *Notices*. Any notices required to be provided hereunder shall be delivered to the address of each party as first stated above, or such other address of which each party may notice the other.

5.4     *Headings*. All headings contained herein are for convenience of reference and organization only, and shall not be construed or interpreted to be part of this Agreement, nor affect in any way its meaning or interpretation.

5.6     *Mutual Writing*. This Agreement has been drafted by mutual contribution of the parties, and shall not be construed against either party due to authorship.

5.7     *Counterparts*. This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

5.8     *Advice of Counsel*. Assignor has sought independent legal advice or hereby waives the opportunity to seek such legal advice prior to the execution of this Agreement.

     5.9    *Severability.* In the event any provision herein is deemed to be invalid, illegal, or unenforceable, such provision shall be removed, but all other provisions herein shall remain in full force and effect.

     5.10    *Choice of Law.* This Agreement shall be interpreted in the law of Washington State, any disputes, claims, or controversies arising under or related to it shall be brought in a court of competent jurisdiction in King County, Washington. In the event of matter brought before a court, both parties waive its right to trial by jury, and specifically agree that any matter brought by either party may be decided by a bench trial, or if appropriate by arbitration under the rules of the court governing such procedure.

     5.11 *Time of the Essence.* The parties hereto acknowledge that time is of the essence in the performance of all obligations under this Agreement.

     IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the day and year first written above.

Assignor: _____  Assignee: _____
Chriscilda Stephens                          Dilks & Knopik, LLC
                                             Jeffrey Hudspeth – Authorized Signatory

Subscribed and Sworn before me this 3rd day of April, 2020

Notary Public: Sydney Renee Kelley
My Commission Expires: 08-30-2022

SYDNEY RENEE KELLEY
NOTARY PUBLIC · STATE OF TEXAS
ID # 578180-7
COMM. EXP. 08-30-2022

Page 3 of 4

# Dilks | & | Knopik

### NOTICE OF ASSIGNMENT

For good and valuable consideration, the undersigned, Chriscilda Stephens ("Assignor"), hereby, sells, assigns, conveys and transfers over and unto Dilks & Knopik, LLC ("Assignee"), any and all of right, title and interest in and to the below referenced funds/claim(s).

The Assigned funds/claim(s):

Debtor: Bellaire General Hospital L.P.
Court: United States Bankruptcy Court - Southern District of Texas
Case Number: 05-30089-H3
Chapter: 7
Claim: 350
Original Creditor: Chriscilda Stephens

The purchase price for the Purchased Claim(s) is $698.67.

FUNDS/CLAIM(S) ARE BEING SOLD AND ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the Thursday, March 05, 2020.

Chriscilda Stephens

_____
Signature

Subscribed and Sworn before me this 3rd day of April, 2020
Notary Public: _Sydney Renee Kelley_
My Commission Expires: 08-30-2022

SYDNEY RENEE KELLEY
NOTARY PUBLIC - STATE OF TEXAS
ID # 578180-7
COMM. EXP. 08-30-2022

Page 4 of 4



| 04May | ↙ | check # 35276<br>Check | -$698.67 |

Date
Monday, May 4, 2020

Online Description
CHECK # 35276Edit

Check Number
00000035276

Amount of the Check
$698.67

How this will appear on your statement
CHECK # 35276

---

**DILKS & KNOPIK, LLC**
**CLIENT DISTRIBUTION ACCOUNT**
35303 SE CENTER STREET
SNOQUALMIE, WA 98065
877-836-5725

KEYBANK NATIONAL ASSOCIATION
7917 CENTER BLVD SE
SNOQUALMIE, WA 98065
19-57/1250

35276

4/24/2020

PAY TO THE ORDER OF  Chriscilda Stephens   $ **698.67

Six Hundred Ninety-Eight and 67/100·········· DOLLARS

Chriscilda Stephens
PO Box 625
Porter, TX 77365

VOID AFTER 60 DAYS

AUTHORIZED SIGNATURE

MEMO  05-20089 - Bellaire General Hospital L.P. (Chriscilda

⑊035276⑊

---

For Deposit Only – JPMC

*[endorsement: Chriscilda Stephens, for deposit to Chase only]*

# Exhibit A


State Farm Lloyds
A Lloyds Company in Dallas, Texas
8900 Amberglen Boulevard
Austin, TX 78729-1110

**Named Insured**



STEPHENS, MARCELLIOUS &
CHRISCILDA
3503 BRAEWIN CT
HOUSTON TX 77068-3016

**DECLARATIONS PAGE**    AMENDED APR 17 2006

| Policy Number | ■■■■■3-2 |

| Policy Period | Effective Date | Expiration Date |
|---|---|---|
| 12 Months | APR 26 2006 | APR 26 2007 |
| The policy period begins and ends at 12:01 am standard time at the residence premises. | | |

Loan # ■■■■4377
Mortgagee
REGIONS BANK
DBA REGIONS MORTGAGE ISAOA
PO BOX 11026
ORANGE CA 92856-8126

## HOMEOWNER POLICY

**Automatic Renewal** - If the **policy period** is shown as **12 months**, this policy will be renewed automatically subject to the premiums, rules and forms in effect for each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

Location of Residence Premises
Same as Insured's Address

Your policy is amended APR 17 2006
INSURED NAME AND/OR ADDRESS CHANGE
1ST MORTGAGEE LOAN NUMBER CHANGED
1ST MORTGAGEE NAME/ADDRESS CHANGED

Other items shown are effective
with the policy's 2006 renewal

| Coverages & Property | Limits of Liability |
|---|---|
| **SECTION I** | |
| A Dwelling | $ 240,300 |
| Dwelling Extension up to | $ 24,030 |
| B Personal Property | $ 180,225 |
| C Loss of Use | Actual Loss Sustained |
| **SECTION II** | |
| L Personal Liability (Each Occurrence) | $ 300,000 |
| Damage to Property of Others | $ 500 |
| M Medical Payments to Others (Each Person) | $ 1,000 |

Inflation Coverage Index: 166.5
**Deductibles - Section I**

| | |
|---|---|
| Wind or Hail 2.00% | $ 4,806 |
| Other Losses | $ 2,500 |

In case of loss under this policy, the deductibles will be applied per occurrence and will be deducted from the amount of the loss. Other deductibles may apply - refer to policy.

**Loss Settlement Provision (See Policy)**
A1 Replacement Cost - Similar Construction
B1 Limited Replacement Cost - Coverage B

| Forms, Options, & Endorsements | |
|---|---|
| Homeowners Policy | FP-7955.TX |
| Cov 'A' Loss Settlement | FE-5403 |
| Amendatory Endorsement | FE-2200 |
| Water Damage Endorsement | FE-5369.1 |
| Dwelling Foundation | FE-5368 |
| Fungus (Including Mold) Excl | FE-5398 |
| Special Limits - Money/Jf | FE-5258 |
| Motor Vehicle Endorsement | FE-5452 |
| Ordinance/Law 10%/$ 24,030 | Option OL |

**Endorsement Premium**    NONE

Discounts Applied:
 Home Alert
 Renewal

——— Other limits and exclusions may apply - refer to your policy ———

Your policy consists of this page, any endorsements and the policy form. Please keep these together.

FP-7012.1C    Continued on Reverse    MIKE WESLEY    **Address Proof**
0509    151 I       281-970-6000
N    Prepared APR 19 2006       555-7020.1 Rev. 10-2002

Pursuant to Federal Bankruptcy Rule 9037 and District Court General Order 2004-11, please ensure that the enclosed tax documentation (AO-213 and/or W9) is redacted prior to inclusion in publicly accessible docket materials.

AO 213P (9/19)

# REQUEST FOR PAYEE INFORMATION AND TIN CERTIFICATION

Refer to the instructions page for further information on completing this form.
***Vendors providing goods and services must use the AO 213 form.***

| Part 1 | **Payee Information** |
|---|---|
| Line 1. | Payee Name: Dilks and Knopik LLC |
| Line 2. | Additional payee information: *(if applicable)*  as assignee to Chriscilda Stephens |
| Part 2 | **Business Name** *(if different from above)* |

| Part 3 | Enter your TIN in the appropriate box.<br>The TIN provided must match the name given in Part 1, Line 1.<br>*Enter only an EIN or SSN - NOT BOTH.* | EIN: 74-3049851<br>SSN: |
|---|---|---|

**Part 4**   Select the appropriate box below for U.S. tax classification for person or entity listed in Part 1, Line 1.

☐ Individual or single member LLC      ☐ Corporation *(Payments related to attorneys' fees or gross proceeds paid to attorneys)*
☒ LLC (Except single member)             ☐ Partnership
*(Select one:)* ☐ C Corp   ☒ S Corp   ☐ Partnership   ☐ Trust/Estate      ☐ Other: _____

**Part 5   Mailing Address**

Street address: 35308 SE Center Street
City: Snoqualmie                                State: WA      Zip code: 98065
Point of Contact *(if different from Part 1, Line 1 above)*   Name: Brian Dilks or Andrew Drake
Phone #: (425) 836-5728                        Email Address: admin@dilksknopik.com

**Part 6   Electronic Funds Transfer (EFT) Information *(OPTIONAL)***

Owner(s) name as it appears on bank account:   Dilks & Knopik
Bank Name: Key Bank                            Routing #: *(Must contain 9 digits)*   125000574
Payee must select an account type: *(Select one)*   ☒ Checking   ☐ Savings
Account Number: *(do not include check number)*   472741017389

**Part 7   Certification**

Under penalties of perjury, I certify that:
1. The number shown on this form is my correct taxpayer identification number; and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the IRS that I am subject to backup withholding as a result of a failure to report all interest and dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined in the instructions).

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Signature: *[signed BD]*                              Date: 4/14/20

---

### For Judiciary Use Only

Select those boxes that apply:   ☐ Addition      ☐ Change       Vendor Code: _____
                                 ☐ Active        ☐ Inactive     Vendor Type: _____
                                                                *(Trustee or Vendor)*

Vendor Administrators: Attach this form to the JIFMS MANL document. This form can also be submitted, subject to separation of duties requirements, via HEAT at: https://nsms.ao.dcn. The service request can be found under Financial Management Services> JIFMS Vendor Additions or Updates. For FAS4T users (CCAM only), send this form to the local court vendor administrator. For questions regarding JIFMS and court FAS4T, please contact the National Support Desk at (210) 536-5000. This form should be completed including the vendor's signature and submitted by Judiciary staff only.

***Sensitive information must be securely maintained and only visible to designated staff.***